IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> PRISCILLA J. BROOKS, ) <br> Defendant. ) <br> and ) <br> ) <br> NORWOOD PLANTS & GARDEN CENTER, ) <br> Garnishee. ) <br> ) | CASE NO. 3:01CV319-K <br> (Financial Litigation Unit) |

## DISMISSAL OF WRIT OF GARNISHMENT

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Writ of Garnishment filed in this case against the defendant Priscilla J. Brooks on August 1, 2005 is DISMISSED.

Signed: November 2, 2006

David C. Keesler
United States Magistrate Judge